DAN RAYFIELD
Attorney General
DREW K. BAUMCHEN, #045032
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Drew.Baumchen@doj.oregon.gov

*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK A. MELEASON, Personal Representative of the Estate of MARGANNE M. ALLEN, Deceased,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; SAMUEL TROY LANDIS; DRUG ENFORCEMENT ADMINISTRATION (DEA); SALEM POLICE DEPARTMENT; CITY OF SALEM; STATE OF OREGON; OREGON STATE POLICE; and OREGON DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendants. | Case No. 6:25-cv-00232-MTK<br><br>STATE DEFENDANTS' MOTION TO DISMISS |

**LR 7-1 Certification**

A good faith effort to resolve the issues presented herein was made through telephone and email communications with plaintiff's counsel. Plaintiff opposes these motions.

**MOTIONS TO DISMISS**

Defendants State of Oregon, Oregon State Police, and the Oregon Department of Justice ("State Defendants") move to dismiss plaintiff's claims against them based on 11th Amendment/sovereign immunity. The Oregon Department of Justice also moves to dismiss for failure to state a claim against it, particularly, under Fed. R. Civ. P. 12(b)(6).

Page 1 -　STATE DEFENDANTS' MOTION TO DISMISS
DB7/kt3/985169239

## MEMORANDUM OF LAW

The states are not subject to state law tort actions in federal courts under 11th Amendment immunity, which is really a function of the states' sovereign immunity. *Seminole Tribe of Florida v. Florida,* 517 U.S. 44, 54 (1996); *Alden v. Maine,* 527 U.S. 706, 729 (1999).

The immunity extends not only to the state itself but also to "arms" of the state. *Kohn v. State Bar of California,* 87 F.4th 1021, 1026-27 (2023). There can be no reasonable dispute that the Oregon State Police and Oregon Department of Justice are arms of the State of Oregon. *Id.* at 1030 (setting forth three-factor test).

Separately, the Oregon Department of Justice (ODOJ) also moves to dismiss for failure to state a claim. Although ODOJ is listed as a defendant in the caption of the complaint, there is not a single allegation against ODOJ. This falls well short of the "plausible grounds" pleading standards required by Fed. R. Civ. P. 8(a)(2). *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555-57 (2007).

DATED March 14, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

    *s/ Drew K. Baumchen*
DREW K. BAUMCHEN, #045032
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Drew.Baumchen@doj.oregon.gov
*Attorneys for State Defendants*

Page 2 -    STATE DEFENDANTS' MOTION TO DISMISS
DB7/kt3/985169239

## CERTIFICATE OF SERVICE

I certify that on March 14, 2025, I served the foregoing STATE DEFENDANTS'
MOTION TO DISMISS upon the parties hereto by the method indicated below, and addressed to
the following:

Brian Neil Lathen
3040 Commercial Street SE
Suite 200
Salem, OR 97302
  *Attorney for Plaintiff*

   ___ HAND DELIVERY
   ___ MAIL DELIVERY
   ___ OVERNIGHT MAIL
   ___ TELECOPY (FAX)
   ___ E-MAIL
   _X_ E-SERVE


       *s/ Drew K. Baumchen*
      DREW K. BAUMCHEN, #045032
      Senior Assistant Attorney General
      Trial Attorney
      Tel (971) 673-1880
      Fax (971) 673-5000
      Drew.Baumchen@doj.oregon.gov
      *Attorneys for State Defendants*

Page 3 -   STATE DEFENDANTS' MOTION TO DISMISS
DB7/kt3/985169239

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000