Brian N. Lathen, OSB No. 043374
blathen@slamlaw.com
3040 Commercial Street S.E.
Suite 200
Salem, OR 97302
Telephone:	(503)581-2421
Facsimile:	(503)588-7179
*Attorney for Plaintiff Mark A. Meleason, P/R*
*Of the Estate of Marganne M. Allen, Dec'd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MARK A. MELEASON** Personal Representative of the Estate of **MARGANNE M. ALLEN**, Deceased.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**UNITED STATES OF AMERICA, SAMUEL TROY LANDIS, DRUG ENFORCEMENT ADMINISTRATION (DEA), SALEM POLICE DEPARTMENT, CITY OF SALEM, STATE OF OREGON, OREGON STATE POLICE and OREGON DEPARTMENT OF JUSTICE**<br><br>　　　　　　　　　　Defendants | Case No.: 6:25-cv-00232-MTK<br><br>PLAINTIFF'S MOTION FOR PARTIAL VOLUNTARY DISMISSAL OF STATE DEFENDANTS |

/ / / /

P a g e | **1**  PLAINTIFF'S MOTION FOR PARTIAL VOLUNTARY DISMISSAL

## BACKGROUND

Plaintiff filed the Complaint in this case on February 12, 2025. Defendants State of Oregon, Oregon State Police, and the Oregon Department of Justice ("State Defendants") jointly moved to dismiss Plaintiff's claims on March 14, 2025. The Motion to Dismiss was State Defendants' initial appearance in the matter. State Defendants have not filed an answer or a motion for summary judgment.

## PLAINTIFF'S MOTION FOR PARTIAL VOLUNTARY DISMISSAL OF STATE DEFENDANTS UNDER RULE 41 (a)(1)(A)(i) OF FRCP

Considering the motion to dismiss filed by State Defendants and their arguments regarding 11th amendment state sovereign immunity, and without conceding their correctness regarding immunity or the sufficiency of pleading for the Oregon Department of Justice, Plaintiff hereby notifies State Defendants of his voluntary dismissal of his claims for monetary damages. Because State Defendants have not filed an answer or a motion for summary judgment, Plaintiff can voluntarily dismiss opposing parties. Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's voluntary dismissal is a dismissal without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Plaintiff maintains his claims against the United States of America, Samuel Troy Landis,

/ / / /

/ / /

/ /

/

/

Swanson, Lathen, Prestwich, P.C.
3040 Commercial St. SE Suite 200, Salem, OR 97302
(503)581.2421

the Drug Enforcement Administration, the Salem Police Department, and the City of Salem.

## CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that the Court grant its Motion for Partial Voluntary Dismissal.

Dated this __26th__ day of ___March___, 20_25_.

SWANSON, LATHEN, PRESTWICH, P.C.


By: ___/s/Brian N. Lathen___
Brian N. Lathen, OSB #043374
Attorney for Plaintiff
*e-mail: blathen@slamlaw.com*
*FAX: 503.588.7179*

# CERTIFICATE OF SERVICE

I certify that on March 26, 2025, I served the foregoing PLAINTIFF'S MOTION FOR PARTIAL VOLUNTARY DISMISSAL upon the State Defendants by the method indicated below, and addressed to the following:

| | |
|---|---|
| drew.baumchen@doj.oregon.gov<br>Drew K. Baumchen, OSB #045032<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>*Attorney for State Defendants* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |
| aaron@capitol.legal<br>beth@capitol.legal<br>Aaron P. Hisel, OSB #161265<br>Elizabeth A. Jones, OSB #201184<br>Capitol Legal Services<br>901 Capitol St. NE<br>Salem, OR 97301<br>*Attorneys for Defendants City of Salem and Salem Police Department* | ___ HAND DELIVERY<br>___MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

                                        ___*s/ Brian Lathen*___
                                        Brian Lathen, OSB #043374
                                        blathen@slamlaw.com
                                        FAX: 503.588.7179
                                        *Attorney for Plaintiff*

P a g e | **4**  PLAINTIFF'S MOTION FOR PARTIAL VOLUNTARY DISMISSAL

                                            Swanson, Lathen, Prestwich, P.C.
                          3040 Commercial St. SE Suite 200, Salem, OR 97302
                                                      (503)581.2421