**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JOSHUA KELLER, NYSB #4297396**
Assistant United States Attorney
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone:  503.727.1011
Email:  Joshua.Keller@usdoj.gov
       Attorneys for the United States

**BRIAN N. LATHEN, OSB #043374**
blathen@slamlaw.com
Swanson, Lathen, Prestwich, P.C.
3040 Commercial Street S.E., Suite 200
Salem, OR 97302
Telephone: 503.581.2421
Attorney for Plaintiff

**AARON P. HISEL, OSB #161265**
aaron@capitol.legal
Capitol Legal Services
901 Capitol St. NE
Salem, OR 97301
Telephone: 503.480.7250
Attorneys for Defendants City of Salem and
Salem Police Department

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MARK A. MELEASON, Personal Representative of the Estate of MARGANNE M. ALLEN, Deceased,** | Case No.: 6:25-cv-00232-MTK |
| Plaintiff, | **JOINT STATUS REPORT, DISCOVERY PLAN, AND PROPOSED CASE MANAGEMENT SCHEDULE** |
| v. | |
| **UNITED STATES OF AMERICA, et al.,** | |
| Defendants. | |

I.      **Conference of Counsel**

The parties, by and through undersigned counsel, hereby submit their Joint Status Report, Discovery Plan and Proposed Case Management Schedule. Pursuant to Fed. R. Civ. P. 26(f), the Parties conferred by telephone.  Brian N. Lathen attended for Plaintiff.  Aaron P. Hisel attended

**Page 1**         **Joint Status Report, Discovery Plan, and Proposed Management Schedule**

for Defendants City of Salem and Salem Police Department. Joshua Keller, Assistant U.S. Attorney for the District of Oregon, attended for Defendant United States.

## II.    Initial Disclosures

Pursuant to LR 26-2, the parties agree to forgo the initial disclosures.

## III.    Early Alternative Dispute Resolution

The prospects of an alternative dispute resolution ("ADR") is unknown at this time.  The Parties expect to be able to conduct either a judicial settlement conference, court sponsored mediation, or private mediation during fact discovery.

## IV.    Protective Order for Confidential Information

The Parties anticipate that they will submit a Stipulated Protective Order pursuant to Fed. R. Civ. P. 26(c).

## V.    Discovery Planning

A.    Discovery will involve materials relevant to the claims and defenses asserted in this case and proportional to the needs of the case, pursuant to Fed. R. Civ. P. 26.

B.    Electronically Stored Information ("ESI") will be requested in accordance with the discovery mechanisms permitted under the rules. The Parties agree that ESI may be produced in .pdf format.  The Parties will work cooperatively to attempt to reach a consensus on the scope and protocols for such ESI, with consideration to the importance of the issue, the scope of the request in proportion to the needs of the case, the accessibility of the information, and the burden of searching for and retrieving the information.

C.    The Parties agree that at this time there is no indication that the issues in this case justify a departure from the presumptive limits established in the Federal Rules of Civil Procedure on the number of interrogatories, or the number or duration of depositions.

**Page 2        Joint Status Report, Discovery Plan, and Proposed Management Schedule**

## VI.    Case Management Schedule

The Parties propose the following case management schedule:

| Event | Proposed Deadline |
|---|---|
| Joint ADR Report | August 9, 2026 |
| Fact Discovery Cutoff | September 28, 2026 |
| Initial Expert Disclosures | October 23, 2026 |
| Rebuttal Expert Disclosures | November 20, 2026 |
| Expert Discovery Cutoff | December 21, 2026 |
| Dispositive Motions | January 27, 2027 |

Pursuant to the Court's Case Management Order, the Parties believe that more than 120 days is needed to conduct fact discovery so that the Parties will have time to explore settlement, and potentially schedule a judicial settlement conference, court sponsored mediation, or private mediation during fact discovery. If this case can be settled during fact discovery, the Parties will avoid the effort and expense of expert disclosures and expert discovery.

Respectfully submitted this 24th of April, 2026.

SWANSON, LATHEN, PRESTWICH, P.C.

/s/ Brian N. Lathen
BRIAN N. LATHEN
Attorney for Plaintiff

SCOTT E. BRADFORD
United States Attorney
District of Oregon

/s/ Joshua Keller
JOSHUA KELLER
Assistant United States Attorney
Attorneys for Defendant United States of America

CAPITOL LEGAL SERVICES

/s/Aaron P. Hisel
AARON P. HISEL
Attorneys for Defendants City of Salem and Salem Police Department

**Page 3        Joint Status Report, Discovery Plan, and Proposed Management Schedule**