**Brian N. Lathen, OSB No. 043374**
blathen@slamlaw.com
3040 Commercial Street S.E.
Suite 200
Salem, OR 97302
Telephone: (503)581-2421
Facsimile: (503)588-7179

*Attorney for Plaintiff Mark A. Meleason, P/R*
*Of the Estate of Marganne M. Allen, Dec'd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**MARK A. MELEASON** Personal Representative of the Estate of **MARGANNE M. ALLEN**, Deceased.

Plaintiff,

v.

**UNITED STATES OF AMERICA, SALEM POLICE DEPARTMENT, and CITY OF SALEM,**

Defendants

Case No.: 6:25-cv-00232-MTK

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS SALEM POLICE DEPARTMENT AND CITY OF SALEM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mark A. Meleason, Personal Representative of the Estate of Marganne Allen, Deceased, and Defendants Salem

Police Department and City of Salem, by and through their respective counsel of record, hereby stipulate and agree that all claims and causes of action asserted against Defendants Salem Police Department and City of Salem only in this action are voluntarily dismissed with prejudice.

This stipulation does not affect, dismiss, or terminate the action against Defendant United States of America, which remains an active party in this case.

Plaintiff and Defendant Salem Police Department and City of Salem shall each bear their own attorney's fees and costs

Dated: 10.14.26

By: */s/Brian N. Lathen*

Brian N. Lathen
Attorney for Plaintiff
3040 Commercial St. SE Suite 200
Salem, OR 97302
*blathen@slamlaw.com*

Dated: 10.14.26

By: */s/Aaron Hisel*

Aaron Hisel
Attorney for Defendant City of Salem
901 Capitol Street NE
Salem, OR 97301
*aaron@capitol.legal*



Swanson, Lathen, Prestwich, P.C.
3040 Commercial St. SE Suite 200, Salem, OR 97302
(503)581.2421