**Brian N. Lathen, OSB No. 043374**
blathen@slamlaw.com
3040 Commercial Street S.E.
Suite 200
Salem, OR 97302
Telephone: (503)581-2421
Facsimile: (503)588-7179

*Attorney for Plaintiff Mark A. Meleason, P/R*
*Of the Estate of Marganne M. Allen, Dec'd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**MARK A. MELEASON** Personal Representative of the Estate of **MARGANNE M. ALLEN**, Deceased.

Plaintiff,

**UNITED STATES OF AMERICA,**

Defendant.

Case No.: 6:25-cv-00232-MTK

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT USA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mark A. Meleason, Personal Representative of the Estate of Marganne Allen, Deceased, and Defendant United States of American, by and through their respective counsel of record, hereby stipulate and agree

that all claims and causes of action are voluntarily dismissed with prejudice.

Plaintiff and Defendant United States of America shall each bear their own attorney's fees and costs.

Dated: November 19, 2026

By: */s/Brian N. Lathen*

Brian N. Lathen
Attorney for Plaintiff
3040 Commercial St. SE Suite 200
Salem, OR 97302
*blathen@slamlaw.com*

Dated: November 19, 2026

By: */s/Charles Agoos*

Charles Agoos
Attorney for Defendant USA
DOJ-USAO
1000 SW Third Ave.
Suite 600
Portland, OR 97204
*Charles.agoos@usdoj.gov*